THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MAGDA DIAZ,<br><br>               Plaintiff,<br><br>v.<br><br>SUNRUN, INC., et al.,<br><br>               Defendants. | Civil No. 24-11462 (RMB/EAP) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference held pursuant to Federal Rule of Civil Procedure 16 on **August 7, 2025**; and the Court noting the following appearances: **Noel Rivers, Esquire**, appearing on behalf of Plaintiff; and **Justin T. Miklacki, Esquire**, appearing on behalf of Defendants; and for good cause shown;

**IT IS** this **7th** day of **August 2025**, hereby **ORDERED**:

1. No later than **August 13, 2025**, Defendants shall notify Plaintiff whether Zohab Saddiquei still works for Defendant Sunrun, Inc. If Zohab Saddiquei no longer works for Defendant, Defendant shall provide a last known address.

2. The parties shall serve initial written discovery requests no later than **August 15, 2025**.

3. **Fact Discovery.** Limited fact discovery on the validity of the arbitration agreement will expire on **September 30, 2025**. All limited fact discovery shall be concluded by that date. All discovery disputes shall be presented to the Court in accordance with Local Civil Rule 37.1(a)(1), and the procedures set forth in this Order, prior to the expiration of pretrial factual discovery.

4. **Dispositive Motions.** Dispositive motions shall be filed with the Clerk of the Court no later than **November 7, 2025**. Opposition to the motion should be served in a timely fashion. Counsel are to follow Local Civil Rules 7.1, 7.2, 56.1 and 78.1, Motion Practice (generally). This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

5. The Court will conduct a telephone status conference on **September 16, 2025, at 12:00 p.m.** Counsel shall dial **1-856-210-8988, access code 895638524#** to connect to the call. At least three (3) days prior to the scheduled conference, the parties shall send the Court a letter identifying all discovery disputes, if any exist. No issue will be addressed unless the parties have first conferred pursuant to Local Civil Rule 37.1(a) by speaking in person, by telephone, or by video conference.

      6.      Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel consent to the application. The scheduling deadlines set herein will not be extended unless good cause is shown. All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                s/Elizabeth A. Pascal
                                                ELIZABETH A. PASCAL
                                                United States Magistrate Judge

cc:  Hon. Renée M. Bumb, U.S.D.J.